No. 00–1248.  LURIE *v.* WITTNER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 00–1253.  BOONE ET AL. *v.* FISHER ET AL.  Ct. App. Tex., 13th Dist.  Certiorari denied.

No. 00–1265.  MORETTI *v.* UNITED WATER RESOURCES, INC., ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 00–1289.  MACKEY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 00–1292.  BARRETT *v.* BOROUGH OF CARLISLE.  Commw. Ct. Pa.  Certiorari denied.

No. 00–1299.  HENLEY *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 00–1303.  PAGAN *v.* UNITED STATES;
No. 00–8539.  GONZALEZ *v.* UNITED STATES; and
No. 00–8665.  FELICIANO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Reported below: 223 F. 3d 102.

No. 00–1308.  CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* REIMER EXPRESS WORLD CORP. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–1320.  STANTON *v.* DISTRICT OF COLUMBIA COURT OF APPEALS.  Ct. App. D. C.  Certiorari denied.

No. 00–1348.  MIZELL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–1352.  KENNEDY *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–1354.  STEIN ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 00–6619.  DEAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–6949.  ALVAREZ-MELGOZA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.